IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFPENNSYLVANIA

Civil Action No#__2:23-cv-02068_____

APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Phillip Robinson_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $75.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Maryland | 6/21/2000 | Client Protection No. 0006210356 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| Third Circuit | 3/9/2023 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Ninth Circuit | 7/6/2022 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Fourth Circuit | 3/21/2011 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

____8/2/2023_____
(Date)

Name of Applicant's Firm   Consumer Law Center LLC

Address   10125 Colesville Road, Suite 378, Silver Spring, MD  20901

Telephone Number   (301) 448-1304

Email Address   phillip@marylandconsumer.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/2/2023_____          _____
              (Date)                              (Applicant's Signature)

04/20

**Phillip Robinson Supplemental Response to ¶ B**

| Additional Federal Court | Admission Date | Attorney Identification No. |
| --- | --- | --- |
| United States District Court for Maryland | 6/6/2005 | 27824 |

**II.** **SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE**

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Phillip Robinson _____to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

## Robert Cocco

| | | | |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

## ROBERT P. COCCO, 1500 Walnut St., Ste. 900, Philadelphia, PA 19102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                    (Date)                                              (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Syretta Angelique Harvin                    :          Civil Action
                                            :
                v.                          :
                                            :
Carvana, LLC                                :          No.: 2:23-cv-02068

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Phillip Robinson** ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

Via this Court's CM/ECF system when filed with the Court

(Signature of Attorney)
**ROBERT P. COCCO**
(Name of Attorney)
**Plaintiff Harvin**
(Name of Moving Party)
**08/02/2023**
(Date)