APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HARVIN, et al.

V.

CARVANA LLC, et al.

Civil Action No: 2:23-cv-02068

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, **Carvana Auto Receivables Grantor Trust 2023-N1**, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Carvana Auto Receivables Grantor Trust 2023-N1 is a subsidiary of Carvana Receivables Depositor LLC, which is a subsidiary of Carvana, LLC, which is a subsidiary of Carvana Operations HC, LLC, which is a subsidiary of Carvana Group, LLC, which is a subsidiary of Carvana Co. Sub LLC, which is a subsidiary of Carvana Co., a publicly-traded corporation.

08/23/2023
Date                                                                                   Signature

Counsel for: Carvana Auto Receivables Grantor Trust 2023-N1

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.